UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____
                                                         )
FAVORITE HEALTHCARE          )
STAFFING, INC.                            )     CIVIL ACTION NO.
                                                         )
      Plaintiff,                              )
                                                         )
      v.                                             )     **CORPORATE DISCLOSURE**
                                                         )     **STATEMENT**
ABSOLUT CENTER FOR NURSING )
and REHABILITATION AT AURORA )
PARK, LLC, ABSOLUT CENTER FOR )
NURSING and REHABILITATION AT )
WESTFIELD, LLC & ABSOLUT     )
CENTER FOR NURSING and         )
REHABILITATION AT ORCHARD )
PARK, LLC                                      )
                                                         )
      Defendants                           )
_____ )

      NOW COMES, Favorite Healthcare Staffing, Inc. ("Plaintiff" and/or "Favorite Healthcare") and states that it is a privately held corporate entity with no other related corporate affiliations and that its primary place of business is located in Overland Park, Kansas.

Respectfully submitted this the 15th day of January, 2019.

Plaintiff
Favorite Health Care Staffing, Inc.
By: Its Attorneys

/s/ David J. Noonan, Esquire
228 Triangle Street
Amherst, MA  01002
Tel. (413) 549-5491
Fax. (413) 549-5156
noonan@law-djn.com
BBO #: 373260

/s/ Caitlin M. Higgins, Esq.
Connors LLP
1000 Liberty Building
Buffalo, NY 14202
Tel. (716)-852-5533
cmh@connorsllp.com
NY Bar # 5215041