✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF WESTERN DISTRICT OF NEW YORK

Favorite Healthcare Staffing, Inc.

V.

Absolut Ctr for Nursing & Rehab

**EXHIBIT AND WITNESS LIST**

Case Number: 1:18-cv-01501-CCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christina Reiss, District Judge | Noonan, Esq., Higgins, Esq. | N/A |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/7/2019 | Anne Pierce | Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/7/2019 | yes | yes | Favorite Healthcare staffing contract/supplemental staffing agreement |
| 2 | | 2/7/2019 | yes | yes | Amendment to contract (exhibit 1 contract) |
| 3 | | 2/7/2019 | yes | yes | Supplemental staffing agreement |
| 4 | | 2/7/2019 | yes | yes | Copies of checks |
| 5 | | 2/7/2019 | yes | yes | Invoice to client, captures of time cards |
| 6 | | 2/7/2019 | yes | yes | Invoice to client, captures of time cards |
| 7 | | 2/7/2019 | yes | yes | Invoice to client, captures of time cards |
| 8 | | 2/7/2019 | yes | yes | Statement of all outstanding invoices |
| 9 | | 2/7/2019 | yes | yes | News article from Buffalo News 2018 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages